03/15/2019

**Docket and File**

To,

14 cr 326-?

The Honorable Judge, Paul J. Oetken (Fed. Judge) N.Y. & Detention Watch Network, Contact Global Citizen, ACLU, of New Hampshire & To Whom it may Concerns,

Sub:- The violations of basic civil & Human rights plus misuse of Power and Violation of freedom to practice Religious belive & affaires.

Dear Sir/Madam,

I the undersigned Dr. Abdul H. Chishti reg # 18-04687 & ICE A File # 202-105-883, currently housing in Strafford County D.O.C Dover NH. have been detained by "ICE" since Oct, 2018 (almost 5 months), have observed & face everyday the practice of Violations basic Human rights, civil & religious rights, here in this facility.

This unit 'G' having ICE detainees, but to make more money (This facility is private), we are put together with pre-trail & sentence Inmates, who have some hatered (produce by this Current Administration) for immigrants detainees, who are from different part of the World, most of them are South American & Asian.

P-T.O

Dear Sir/Madam,

We are living in very un-safe and hatred environment, and top of it the staff, most of them ex-marines, with the approval of Administration treating ICE detainees worse then an animal, I personally wrote to honourable Congress Women Ms. J. Shaheen, to B.O.P (Bureau of Prison), to Inspector General of D.H.S Washington & to many people but "No" response at all, finally I have got your respective information through Freedom of Immigrants NGO' representative and writing you so the Real face of ICE & this facility will be exposed.

The detainees who are Muslims, are forced to eat "Pork" when they applied for Kosher/Halal food the Cpt. Ms Wyatt refused and put inmates in long process & check, normally its the job of respected Chaplin', The praying rugs told to every one containing picture of holy mosque & Holy Kaba which inmates (Pre-trial & sentence) used under toilets, The food is very little to feed & we are forced to buy very very expensive commissary, the phone are very expensive $0.24 cent for local calls & everyday several hours the debt calls are subject to not working accept collect calls of for 20 min call $20-00 (local call) charged, tablets, etc all way too expensive, living conditions are very harsh, people begging for extra Blankets (we get one) as it's very very cold & we came from different places

—Pg ③

many people suffering. If you complains against them, you will have frequent "Cell Search" & you will be harassed by CO (duty officer). Some officers (very few) are co-operative & helps but they are bound due to the Administration policies which is "Make Money" and treat us worse then a street dogs.

Dear Sir/Madam,

People getting fedup & the hate against this great Country is going every day high & high, the system is so corrupt that you are very off and to raise your voice. The medical facility which the Administration have to provide, is so bad that as example I am complaining & months for dentist, I was telling once & tempraely filling made in facility without X-rays & the tooth i am having pain was not fixed, rather other one is filled, I was sent last friday for only X-Ray & my danger call them for this purpose. every day, every hour & every minute people suffering here.

P.T.O ④

(A)

Dear Sir/Madam,

The "ICE" Officers here treating us like slaves, pathetic un-wanted animals, he threats to sign papers & even write wrong & false reports, just to removed you ASAP.

Dear Sir/Madam,

I am requesting for your kind help, to raise voice, to investigate and to atleast but not last resolve these serious issues as it boost the hate, against this great country which made by Immigrants, We do respect the way your respective Organisations working to help & raising voice against this un-human & un justice behaviour. I thank you for your very kind attention & looking forward for your help & your interest to resolve these serious matters.

May God bless you & the U.SA

Dr. A. H. Chishti

CC. To Mr. Patrick Joyce Attorney At Law
70 Lafayette Street
New York, New York - 10013
Tel # 212-285-2299
& 646-831-7985

Ms. Amy. W                                                                                    Urgent Reply

**U.S. Immigration and Customs Enforcement**

*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803
*Boston Field Office*

## DETAINEE COMMUNICATION FORM

DATE: 03/07/19   FACILITY: Strafford County Dover, NH   INMATE #: 18-04687

NAME: Chishti   A.   H.
              (Last,)         (First,)              (Middle)

A FILE #: A-202-105-883

DATE OF BIRTH: 07/01/67   NATIONALITY: Pakistan
              (MM/DD/YYYY)

### DETAINNEE REQUEST / ISSUES / CONCERNS

Dear Ms. Amy, Today 03/07/19 I received your reply for my letter, I did spoken with Pakistani Consulate & in touch on daily basis "4" to "5" times with my family in Pakistan (due to my daughter illness), Pakistan Air space was shutdown 24 hrs only & open very next day (27th & 27th Feb) even though flights from UAE & Saudi Arabia (to non stop) Anyway I "still" requesting because of the illness of my daughter, my mother phoned also While I am detained so please put me on "Rush File" to remove ASAP!! I thank you for your understanding almost "5" months is very long time,

ICE DETAINEE SIGNATURE   DATE   ATTORNEY OF RECORD & TELEPHONE #
                                cc. To the Honorable Judge P J Oetken (P.TO)
                                To, Patrick Joyce Attorney
ICE RESPONSE                    To, inspector General DHS - Washington
                                To Hon. Senator Ms. J. Shaheen &
                                To Whom it May Concern.

- Pakistan airspace has reopened and we are re-scheduling your flight ASAP.

- Also, You have been convicted of narco-terrorism in USDC, so you do have criminal convictions.

                                3/13/19
ICE OFFICER SIGNATURE   DATE   DATE EARM CASE COMMENTS UPDATED

PLEASE USE BACK OF THIS FORM FOR ADDITIONAL INFORMATION IF NECESSARY

plus, I am in "County Jail" with pre-trail, + State and Federal Sentenced "Inmates"? I am a "ICE" detainee "Not" a Criminal prisoner who suppose to be with these Inmates!!

Dear Madam,

Twice, Every Week "PIA" (Pakistan Int. Airline) fly from New York, I can buy my own ticket if necessary to avoid any delay, The people who don't want to go from this Great Country are forced to leave, + the people like me who are desperate to go home, are subjected to held for more then several months? I do understand your situation, + thanks for your very Kind help for my removal, please sent me an as urgent as possible as I am a father, & can't bear my daughter seperation in specidy these circumstances. I thank you in advance for your very Kind attention + help.  Out

Dr. A. H. Chishti

Case 1:14-cr-00326-JPO   Document 103   Filed 03/27/19   Page 8 of 14

EXHIBIT

Urgently

**U.S. Immigration and Customs Enforcement**

*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803
*Boston Field Office*

## DETAINEE COMMUNICATION FORM

DATE: 03/13/19   FACILITY: Strafford County Dover, NH   INMATE #: 18-04687

NAME: Chishti   A.   H.
(Last,             First,             Middle)

A FILE #: A-202-105-883

DATE OF BIRTH: 07/01/67   NATIONALITY: Pakistan
(MM/DD/YYYY)

### DETAINNEE REQUEST / ISSUES / CONCERNS

Dear Ms. Amy, I was surprised to see your reply mentioning "you have been convicted of Narks Terror in USA by Jurisdiction Criminal Court." What you know about myself & my case?? I was brought here forcefully cs "International Kriminal Court Denhag" & Int. Court Strasburg" give verdict "US" have No sufficient proves for Conspiracy & DEA bring us in this Country Without Papers & will H.S. TO be med my time & have Nothing to do with "ICE" for almost (8) months?!! All I am asking for my immidiate Removal Room this great Country, I do raised my voice on any plateform. P.T.O

**ICE DETAINEE SIGNATURE   DATE   ATTORNEY OF RECORD & TELEPHONE #**

**ICE RESPONE:**
cc: To The Honorable Judge Paul J. Oetken
To Mr. Patrick Joyce, Attorney
To Honorable Congress Woman Mr. J. Shah
To Insp. General of H.L.S. Washington and
To Whom it may Concerns incl.
Detention Watch Network Washington &
Contact Global citizen (Founder of United

→ I did'nt received Answer/Reply till today Wed, 20th March 2019, by Ms. Amy US Dept. H.S. !!?

**ICE OFFICER SIGNATURE   DATE   DATE EARM CASE COMMENTS UPDATED**

PLEASE USE BACK OF THIS FORM FOR ADDITIONAL INFORMATION IF NECESSARY

Any forum & any place to be heared.
I am seeing every week people who have put in this Unit, who are sentenced or pre trial, inmates, as ICE detainees I am "Not" supposed to be with them, and also some time cell mates.

    I just wanted to know When, I will be sent & be a free person? I am keep asking this question as I do have a family, a wife, a daughter, a brother & sisters, and I have done my time already, why you guys keeping me so long?? I don't want to be here in U.S. so please let me know when i will be removed??

    Thank you for your very kind reply.

(P.S. Submitting some of my Complains & Willing to meet/interview anytime
          Thanks)

Dr. A.H. Chishti
03/13/19

EXHIBIT-C                                                              Attn
## Strafford County Department of Corrections
### Inmate Request Form

Inmate: __Dr. A. H. Chishti__ "Mr. Chris Brackett"
        (Last)           (First)           (Middle)

Date: __12/29/2018__   Unit: __G__   Inmate #: __18-04687__

This is a Request for: ☒ In House ☐ Classifications ☐ Programs
Please State Your Request (be specific):

Dear Sir, As spoken with the Chaplin 3 weeks ago regarding the issue of "Non Muslims" having "DOC" Praying Rugs containing the picture of House of God Holy Kaaba (in Mecca) where all the Muslims in the whole world facing when

Inmate's Signature: _____  Date: _____
                                                                  P.T.O

Request forwarded to: _____ via inbox by: _____

Signature: _____   Date: _____

Response/Comments:

→ Till Today Wed, 20th March 2019, No Reply/Answer.

Signature: _____   Date: _____
Inmate Notified: ☐ Yes ☐ No   How? _____   Date: _____

Forms- Section 3.6-Inmate Request Form

they pray, and also containing pictures of Holy Mosque, under their "Toilets" & on the floor using as normal rugs?!! Some of the inmates having 4/5 or 6 praying Rugs in their Cells, which cause great dis-respect to all Believers or Muslims. The issue was raised & properly addressed to the respective Chaplin, before it was going to have conflict between inmates, which will cause disturbance & bring uneasy environment among them, he was promised to take action & resolve this issue, but unfortunately, he told us that, he spoken/raised issue to the Superintendent & you told him that "You can't stop selling it to "Non Muslims"?? As your policies are different"".

The B.O.P policies is not what the policy made individually & dis-respecting 2nd largest Religion in the Universe "ISLAM" & Muslims!!

(note 3)



From: Dr. A.H. Clyde-
 #18-046687 (switch)
Fed # 72769-054
Strafford County D.O.C.
Dover - NH - 03820
ICE-Detainee #
A-202-105-883

2019 MAR 27 PM 12:05
S.D. OF N.Y.

MANCHESTER NH 030
21 MAR 2019 PM 1 L

To:
The Honorable Judge, Paul J. Oetken -
Federal Court House
Southern Dist of New York
500 Pearl Street, New York
New York - 10007

Clint Edwards JID#2000
Westchester County Jail
P.O. Box 10, Woods Road
Valhalla, N.Y. 10595

CERTIFIED MAIL
7014 3490 0000 8786 4887

U.S.M.P 3
SDNY

TO: Clerk of Judge Paul Oetken
U.S. District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

UNITED STATES POSTAL
02 1P
0002712896
MAILED FROM